IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORY MOSBY,**<br><br>                              Petitioner,<br><br>        v.<br><br>**JAMES A. YATES, Warden of Pleasant Valley State Prison,**<br><br>                              Respondent. | Case No. C 09-1667 MMC<br><br>~~[PROPOSED]~~ ORDER |

IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause of May 14, 2009, and provide the relevant state court record, is ~~will be~~ extended to August 14, 2009.  Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer or otherwise responsive pleading.

Dated: June 18, 2009

*Maxine M. Chesney*
The Honorable Maxine M. Chesney