IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORY MOSBY,** | Case No. C 09-1667 MMC |
| Petitioner, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **JAMES A. YATES, WARDEN OF PLEASANT VALLEY STATE PRISON,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause of May 14, 2009, and provide the relevant state court record, will be extended to October 13, 2009. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer or otherwise responsive pleading.

Dated: August 20, 2009

*Maxine M. Chesney*
The Honorable Maxine M. Chesney

1