| | |
|---|---|
| 1 | JOHN A. W. HALLEY |
| | Attorney at Law, SBN 111682 |
| 2 | 620 Jefferson Avenue |
| | Redwood City, CA 94063 |
| 3 | Tel: (650) 366-6789 |
| | Fax: (650) 365-5386 |
| 4 | |
| 5 | Attorney for Adam Torrez |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CORY MOSBY,
        Petitioner

v.

JAMES YATES, Warden,
        Respondent
_____/

Case No. 3:09-cv-01667-MMC

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that Petitioner may have until December 27, 2009, to file his traverse to the answer of respondent.

Dated: December 1, 2009

_____
MAXINE CHESNEY
JUDGE, U.S. DISTRICT COURT