JOHN A. W. HALLEY
Attorney at Law, SBN 111682
620 Jefferson Avenue
Redwood City, CA 94063
Tel: (650) 366-6789
Fax: (650) 365-5386

Attorney for Petitioner

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CORY MOSBY,<br>　　　　　　　　Petitioner | Case No.   3:09-cv-01667-MMC |
| v. | ORDER |
| JAMES YATES,  Warden,<br>　　　　　　　　Respondent<br>_____/ | |

GOOD CAUSE APPEARING, it is hereby ordered that Petitioner may have until January 25, 2010 to file his traverse to the answer of respondent.

        26


Dated: December 29, 2009                              _____
                                                      MAXINE CHESNEY
                                                      JUDGE, U.S. DISTRICT COURT