JOHN A. W. HALLEY
Attorney at Law, SBN 111682
620 Jefferson Avenue
Redwood City, CA 94063
Tel: (650) 366-6789
Fax: (650) 365-5386

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORY MOSBY,<br>      Petitioner<br><br>v.<br><br>JAMES YATES, Warden,<br>      Respondent | Case No. 3:09-cv-01667-MMC<br><br>ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that Petitioner may have until February 25, 2010 to file his traverse to the answer of respondent.

Dated: February 9, 2010

MAXINE CHESNEY
JUDGE, U.S. DISTRICT COURT