JOHN A. W. HALLEY
Attorney at Law, SBN 111682
620 Jefferson Avenue
Redwood City, CA 94063
Tel: (650) 366-6789
Fax: (650) 365-5386

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CORY MOSBY,
        Petitioner

v.

JAMES YATES, Warden,
        Respondent
_____/

Case No.   3:09-cv-01667-MMC

ORDER

    GOOD CAUSE APPEARING, it is hereby ordered that Petitioner may have until April 28, 2010 to file his traverse to the answer of respondent.

Dated: April 5, 2010

MAXINE CHESNEY
JUDGE, U.S. DISTRICT COURT