JOHN A. W. HALLEY
Attorney at Law, SBN 111682
620 Jefferson Avenue
Redwood City, CA 94063
Tel: (650) 366-6789
Fax: (650) 365-5386

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORY MOSBY,<br>          Petitioner | Case No.   3:09-cv-01667-MMC<br><br>ORDER |
| v. | |
| JAMES YATES,  Warden,<br>                    Respondent<br>_____/ | |

   GOOD CAUSE APPEARING, it is hereby ordered that Petitioner may have until May 28, 2010 to file his traverse to the answer of respondent.

Dated: May 4, 2010

MAXINE CHESNEY
JUDGE, U.S. DISTRICT COURT