1  JOHN A. W. HALLEY
   Attorney at Law, SBN 111682
2  620 Jefferson Avenue
   Redwood City, CA 94063
3  Tel: (650) 366-6789
   Fax: (650) 365-5386
4
   Attorney for Petitioner
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                      SAN FRANCISCO DIVISION

9

10
   CORY MOSBY,                         Case No.   3:09-cv-01667-MMC
11            Petitioner
                                       ORDER
12
   v.
13
   JAMES YATES,  Warden,
14            Respondent
   _____/
15

16
         GOOD CAUSE APPEARING, it is hereby ordered that Petitioner may have until
17
   June 27, 2010 to file his traverse to the answer of respondent.
18

19
   Dated: June 4, 2010                  _____
20                                      MAXINE CHESNEY
                                        JUDGE, U.S. DISTRICT COURT
21